United States District Court
Eastern District of New York

Ann Burton,
        Plaintiff,
— against —

Civil Court of the City of
New York; New York State
Uniformed Court Officers;
Mayor Lowe; Dorothy Doe;
Officer #6925; Officer
Laura #3604; Lieutenant
Daly; Officer John Doe,
        Defendants.

ORIGINAL

Complaint
Jury Trial [X] Yes [ ] No

**CV11-5606**

TOWNES, J.

BLOOM, M.J.

I. Parties in this complaint:
A.
Plaintiff:     Name: Ann Burton
              Street Address: 196-15e 65th Crescent #1B
              County, City: Queens, Fresh Meadows
              State; Zip Code: New York 11365
              Telephone Number: (None)

-1-


RECEIVED
NOV 11 2011
PRO SE OFFICE

Defendant No. 1: Name: City of New York
Street Address: 100 Church Street
County, City: New York, New York
State & Zip Code: New York
Telephone Number:

Defendant No. 2: Name: Mayor Lowe
Street Address: 89-17 Sutphin Blvd
County, City: Queens, Jamaica
State & Zip Code: New York 11435
Telephone Number: (718) 262-7145

Defendant No. 3: Name: Dorothy Doe
Street Address: 89-17 Sutphin Blvd
County, City: Queens, Jamaica
State & Zip Code: New York 11435
Telephone Number: (718) 262-7145

Defendant No. 4: Name: Officer #6925
Street Address: 89-17 Sutphin Blvd
County, City: Queens, Jamaica
State & Zip Code: New York 11435
Telephone Number: (718) 262-7145

Defendant No. 5:     Name: Officer Laura #3604
                     Street Address: 8917 Sutphin Blvd.
                     County, City: Queens, Jamaica
                     State & Zip Code: New York 11435
                     Telephone Number: (718) 262-7145

Defendant No. 6:     Name: Lieutenant Daly
                     Street Address: 8917 Sutphin Blvd.
                     County, City: Queens, Jamaica
                     State & Zip Code: New York 11435
                     Telephone Number: (718) 262-7145

Defendant No. 7:     Name: Officer John Doe
                     Street Address: 89-17 Sutphin Blvd
                     County, City: Queens, Jamaica
                     State & Zip Code: New York 11435
                     Telephone Number: (718) 262-7145

II. Basis for Jurisdiction
A. What is the basis for federal court Jurisdiction?
   [X] Federal Question    [ ] Diversity of Citizenship
B. If the basis is for federal Court Jurisdiction on question, what is the federal, Constitutional, Statutory or treaty right at issue?

This action arises under provisions of the federal Constitution and statutes. Because the action arose in the Queens County, the Eastern district of New York is the proper venue for this lawsuit.

Defendants are knowledgeable that plaintiff is currently engaged in litigation, and willfully violated pltfs' Civil and Constitutional rights, not limited to but including the First, Fourth, and Fourteenth Amendments of the U.S. Constitution.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the State of Citizenship of each pty?
Non-applicable.

III. Statement of Claim

1. September 9, 2011, Officer Laura #3604, and Court Clerk Dorothy Doe, impeded the exercise of plfs' rights in Landlord-Tenant proceedings. Defts falsely cited legal policy and procedure, which <u>compelled</u> tenant meeting with Landlords Attorney David Buglas, in room 452. The meeting necessitated tenant to seek counsel, and in tenants absence defts concealed, from the judge what transpired, which resulted in default judgment for "no show" against tenant.

2. September 16, 2011, Defts Lowe, and Officer #6925 failed and refused to protect plaintiff, after Attorney Buglas assaulted tenant in the courtroom 407. Tenant objected to several acts of harassment and intimidation exhibited by Attorney Buglas. David Buglas forcefully shoved tenants hand, which protected a slightly opened personal pocket book-bag, and inserted an Affirmation Opposition in the said pocketbook. In light of tenant being a recipient of an executed death threat at her apartment via poisoned tap water, tenant feared for her life, from his actions as well. (EX 1)

3. September 16, 2011, Defts' Lowe and Officer #6925

-5-

denied tenants request to arrest Attorney Buglas, and stated they did not have the authority to do so. Deft #6925 informed tenant/pltf. that she had to call 911. Pltf called 911 at 1:39pm and 2:00pm.

4. NYPD Officers Dodson #31754 and Mizvesky #26612 responded and Dodson stated that NYPD does not have jurisdiction in the Civil Court. Defts Lowe and #6925 willfully and recklessly violated pltfs' rights to be secure in her persons.

5. October 11, 2011, Officer John Doe, in the property voucher office, damaged pltfs' property, by breaking the stick and bending the cardboard contained in the brown paper wrapping. Deft retaliated against pltfs' freedom of speech and exercise of rights.

6. October 13, 2011, Deft Lowe engaged in retaliatory and discriminatory practices when she denied pltf the right to enter the Civil Court located at 89-17 Sutphin Blvd, Queens NY 11435, and seized pltfs' property, which consisted of a brown paper envelop 29"x 23," approximately, and 1/4" cubed stick attached, to be logged in. However, Deft Lowe permitted parties with pointed

umbrella tips, 36" long, to proceed through security without logging in their umbrella.

7. October 13, 2011, Deft Lowe inquired if my brown paper bag contained "political" material, refused to accept pltfs response, called pltf "Ms. Burton", and denied pltfs access because Deft Lowe deemed the property "political."

8. October 13, 2011 Deft Lowe denied pltfs' request for a complaint form, and ordered her to leave the premises.

9. October 24, 2011 at approximately 9:10 am, pltf was processed through security, and vouched all property without incident.

10. October 24, 2011 at approximately 9:20 am, pltf exited the court, and re-entered at approximately 9:25 am, when Deft Lowe said pltf, who was unable to speak, could not bring in her black Sharpie marker. Pltf disassembled the marker, and attempted to vouch the marker with her other property.

11. October 24, 2011 Deft Daly ordered Deft Lowe to discard pltfs property in the trash, and Deft Lowe complied.

-7-

12. October 24, 2011 Pltf transcribed all of her property, including what transpired with the Sharpie marker, on the voucher form. Deft Daly refused to issue pltf that copy, and demanded that pltf sign a <u>blank</u> pink copy property voucher. Pltf refused, and Deft Daly denied pltf court access, which hindered and violated pltfs exercise of rights.

13. Defts Daly and Lowe acted out of malice, reprisal, and reckless indifference to pltfs Constitutional and Civil rights.

IV. Injuries

1. Defendants' willful misconduct have exacerbated pltfs emotional, mental, and physical condition.

2. Defendants' misconduct has caused pltf future emotional, mental, and physical distress per each court access.

3. Defts' misconduct denied pltfs' rights to life, liberty, and property afforded to all Citizens.

4. Defts' misconduct hindered pltfs' exercise of rights in pending eviction proceedings.

-8-

V. Relief

1. Pltf seeks sanctions to the fullest extent of the law for violating pltfs' Constitutional and Civil rights.

2. Pltf seeks monetary compensation in the amount of $15,000,000.00 dollars for aiding and abetting life changing injuries related to the landlord tenant case, & exacerbated mental, emotional, and physical conditions.

3. Pltf seeks punitive compensation/damages of $10,000,000.00 dollars for defts' willful disregard of Civil and Constitutional rights guaranteed for all citizens.

4. Pltf seeks any other damages, which the Court deems fair and proper.

WHEREFORE, pltf prays that the Court is cognizant of the differences among reprisal, common sense, and homeland security, and construes pltfs' complaint "so as to do justice," fairly, and uphold pltfs Constitutional and Civil rights.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,
Ann Burton, Pro Se
196-15C 65th Crescent #1B
Fresh Meadows, NY 11365

Dated: Fresh Meadows, NY
November 9, 2011

-10-